UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michelle A Marsalis<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-09685<br><br>Chapter:  13<br>Honorable Eugene Wedoff |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtor's Chapter 13 Plan is modified to provide that the current plan default is waived.

2. Debtor's Chapter 13 Trustee plan payments are increased to $575.00 per month for the remainder of the plan.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  January 16, 2014

**Prepared by:**

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625